## Case No. 8,222.

### LEIPER et al. v. BICKLEY et al.

[1 Cranch, C. C. 29.][1]

Circuit Court. District of Columbia. July Term, 1801.

PRACTICE AT LAW—NOTICE TO TAKE DEPOSITION—SERVICE ON ATTORNEY—REASONABLE TIME.

Notice of the time and place of taking a deposition, given to the attorney at law of the op-

[1] [Reported by Hon. William Cranch, Chief Judge.]

posite party, is sufficient; and one hour's notice, when the party lives in the same village or town, is reasonable notice, unless special circumstances should be shown to render it unreasonable.

On the trial of this cause a deposition de bene esse was offered by the plaintiffs [Leiper & Co.].

Mr. Faw, for defendants, objected: (1) That notice was not given to the other party, but to his attorney at law, and that such notice is not good. Buckner, one of the defendants, was a resident of the town of Alexandria, where the deposition was taken, but was out of town at the time, and his house shut up. (2) That the notice was not reasonable, being only one hour before the time of taking the deposition.

But THE COURT was of opinion that the notice to the attorney in such cases is good, and that in this case an hour's notice was sufficient, unless special circumstances should be shown to render it unreasonable.